979 A.2d 331

## IN THE MATTER OF JOHN D. TALBOT, A/K/A JOHN TALBOT, AN ATTORNEY AT LAW.

September 25, 2009.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–388, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **JOHN D. TALBOT, a/k/a JOHN TALBOT,** of **KING OF PRUSSIA, PENNSYLVANIA,** who was admitted to the bar of this State in 2000, should be reprimanded based on discipline imposed in the Commonwealth of Pennsylvania for conduct in New Jersey that violates *RPC* 5.5(a) (practicing law while ineligible), and good cause appearing;

It is ORDERED that **JOHN D. TALBOT, a/k/a JOHN TALBOT,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.